USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GABRIELA MELGAR,

                                        Plaintiff,                    Index No.: 7:24-cv-01227 (NSR)

                - against -                                           ~~PROPOSED~~ JUDGMENT

ABC COMPANIES 1-10 (names fictitious)
d/b/a THE GRASSY SPRAIN DINER and TOM PATILIS
and GEORGE PATILIS, individually,

                                        Defendants.
------------------------------------------------------------------X


        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 3, 2024
and Defendants ABC Companies 1-10 (names fictitious) d/b/a The Grassy Sprain Diner, Tom
Patilis and George Patilis, having offered to allow an entry of judgment to be taken against them
on all claims of Plaintiff Gabriela Melgar, in the sum of $33,500, payable to Gabriela Melgar; it is

        ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Gabriela Melgar
and against Defendants ABC Companies 1-10 (names fictitious) d/b/a The Grassy Sprain Diner,
Tom Patilis and George Patilis in the sum of $33,500.



SO ORDERED:


                                        _____
                                             Hon. Nelson S. Roman, U.S.D.J.

Dated: June 10, 2024                    **The Clerk of Court is directed to terminate the action.**
       White Plains, New York